IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>IVAN ZACH ROCK,<br><br>Defendant. | CR 20-86-BLG-SPW<br><br>ORDER |

Upon the Defendant's Unopposed Motion for Early Termination of Probation (Doc. 44) pursuant to Title 18 U.S.C. § 3583(e)(l), and good cause being shown,

**IT IS HEREBY ORDERED** that the Defendant's motion is **GRANTED**. Ivan Zach Rock's term of supervised release is terminated as of the date of this Order.

The Clerk shall notify counsel and the U.S. Probation Office of the making of this Order.

DATED this 22nd day of January, 2024.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge

1